# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
S.C.A.-Shipping Consultants Associated Ltd. ) ASBCA No. 61567
)
Under Contract No. N68171-17-P-0054 )

APPEARANCE FOR THE APPELLANT: Mr. Carlos A.I. Murialdo
Director

APPEARANCES FOR THE GOVERNMENT: Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Scott E. Miller, Esq.
Trial Attorney
Fleet Logistics Center Sigonella
Naples, Italy

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 8, 2018

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61567, Appeal of S.C.A.-Shipping Consultants Associated Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals